## MUNCHAK CORP v. CALDWELL

No. 265 PC

No. 107 (Fall Term)

Case below: 46 NC App 414

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed for limited purpose 15 August 1980.

## NOVA UNIVERSITY v. UNIVERSITY OF NORTH CAROLINA

No. 381 PC

No. 133 (Fall Term)

Case below: 47 NC App 638

Petition by defendants for discretionary review under G.S. 7A-31 allowed 16 September 1980.

## ODOM v. ODOM

No. 358 PC

Case below: 47 NC App 486

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 16 September 1980.

## ORANGE COUNTY v. DEPT. OF TRANSPORTATION

No. 264 PC

Case below: 46 NC App 350

Petition by defendants for discretionary review under G.S. 7A-31 denied 15 August 1980.

## PIANO CO. v. EXHIBIT WORLD

No. 203 PC

Case below: 46 NC App 122

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.